# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H. L. Connett. Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### New Cases Filed
### Tuesday, January 23rd, 1923

17824. The State of Ohio on relation of the Hunt and Dorman Mfg. Co. v. The Industrial Commission of Ohio; mandamus. Attorneys for plaintifi, Thompson, Hine and Flory, Cleveland Ohio; for defendant, C. C. Crabbe and R. R. Zurmehly, Columbus, Ohio.

17825. The Ohio Utilities Co., a corp., v. The Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. Attorney for plaintiff, J. C. Martin; for defendant, C. C. Crabbe, E. E. Corn, Columbus, Ohio.

17826. The New York Central Securities Corp. v. The Cleveland, Cincinnati, Chicago and St. Louis R. R. Co. Petition as of right and motion to certify record. Attorneys for plaintiff, Snyder, Henry, Thomson, Ford and Seagrace; for defendant, S. H. West, Cleveland, Ohio, Cuyahoga county.

17827. A. J. Haar and Globe Indemnity Co. v. Samuel Wilkoff and L. Kaplan; motion to certify record. Attorney for plaintiff, K. L. Kolburn. Salem; for defendant, Harrington, DeFord, Henley and Smith. Youngstown. Ohio, and Metzgar and McCarthy. Salem. Ohio. Columbiana county.

17828. Mary T. Gooding. et al. v. Wm. A. Bowen et al.; Vinton county: motion to certify record. Attorney for plaintiff, Frost and Jacobs. Cincinnati; for defendant, James W. Darby, McArthur, Ohio, and Hollis C. Johndton, Gallipolis, Ohio.

17829. Geo. A. Maxfield, Treasurer, Clermont county, Ohio, v. Edward Brooks et al.; Clermont county; motion to certify record. Attorneys for plaintiff, Hugh L. Nichols, Cincinnati, Harry Brittan, prosecuting attorney, Eli H. Speidel, Batavia, Ohio; for defendant, Frank Davis, W. C. Bishop, Batavia, Ohio.

17830. Wm. G. Hosea, Trustee, v. Anne G. Hall, Hamilton county; motion to certify record. Attorney for plaintiff, Starbuck Smith; for defendant, Geo. S. Hawke, Cincinnati, Ohio.

17831. Eben Gillespie and N. Pratt v. The Poston Consolidated Coal Co., a corporation; Athens county; motion to certify record. Attorneys for plaintiff, Wooley and Rowland, Athens, Ohio; for defendant, not known.

17832. The Eastland Allotment Co., a partnership, v. Wm. R. Zollinger, Stark county; motion to certify record. Attorneys for plaintiff, Rice, Sowers. Lynch, Day, Fimple and Lynch, Canton, Ohio; for defendant, McCarty, Armstrong, Burt and Kinnison. Canton. Ohio.

17833. Mabel Walton v. The Cincinnati, Milford and Blanchester Traction Co., Clermont county; motion to certify record. Attorneys for plaintiff, Murphy and Joseph, Cincinnati, Ohio; for defendant, A. H. Hodge, Milford, Ohio.

### GENERAL DOCKET
### Tuesday, February 13th, 1923

17732. The LaFrance Electrical Construction and Supply Co. v. International Brotherhood of Electrical Workers. Local No. 8, et al. Lucas county; error.

17662. The Pullman Co. v. The Automobile Insurance Co. Montgomery county; certified for conflict.

### Wednesday, February 14th

17747. State of Ohio ex rel. Jay Levy, ex parte. v. John Taylor, sheriff. Lucas county; error.

17656. The Cincinnati Suburban Bell Telephone Co. v. The Public Utilities Commission of Ohio Error to Public Utilities Commission.

### MOTION DOCKET
### Thursday, February 15th, 1923

17130. In the matter of the vacation of an abanded portion of what was known as Indianola avenue, east of Summit street. Franklin county; motion to certify record.

17365. James L. Adams v. Hollow Rock Mining and Transportation Co. Jefferson county; motion to certify record.

17557. Edward Ricard v. Harry Howe. Lucas county; motion to certify record.

17817. The National Automatic Typewriter Co. v. Hoover Automatic Typewriter Co. Hamilton county; motion to certify record.

17821. Louise McMerriman v. George Scheil, et al. Lucas county; motion to certify record.

17806. Curtis James v. State of Ohio. Licking county; motion to certify record.

17815. Steve Tesca v. State of Ohio. Licking county; motion to certify record.

### Friday, February 16th

17819. George D. Meeker et al. v. John K. Scudder. Hamilton county; motion to dismiss petition in error filed as of right.

17131. Helen F. Bennett v. Wm. A. Fleming et al. Pickaway county; motion by deft. Wm. A. Fleming to vacate orders. Remanding cause to Common Pleas Court and to remand it to Court of Appeals.

17786. Benj. E. Seibert v. Celia Seibert. Champaign county; motion to certify record.

17820. The Village of Vinton et al. v. L. C. James. Gallia county; motion to certify record.

17818. David F. Thompson v. Alfred Haswell. Wood county; motion to certify record.

17823. A. B. Smythe v. Hannah Epdtein. Cuyahoga county; motion to certify record.

17822. The City of Wellsville et al. v. The Steubenville, East Liverpool and Beaver Valley Traction Co. Columbiana county; motion to certify record.